# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

       Plaintiff    :

vs                                Case No: 3:12-cr-22

**CLAUDE HUFF,**               :

       Defendant

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference: | **February 23, 2012** |
| Jury Trial Date**: | **April 23, 2012 @ 9:00 a.m.** |
| Final Pretrial Conference (in chambers) | **April 18, 2012 @ 3:00 p.m.** |
| Motion Filing Deadline: | **March 30, 2012** |
| Discovery Cut-off: | **March 8, 2012** |

      **The Court ORDERS that all parties file with this Court no later than the Wednesday prior to the commencement of trial a proposed set of jury instructions to be given by the Court prior to the jury deliberations. Said proposed instructions are to also be submitted to chambers in word perfect format.

      IT IS SO ORDERED.

                                                          s/Thomas M. Rose

                                                          Thomas M. Rose
                                                  United States District Judge

**Advisory for Limiting Personal Information in Transcripts**: The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the Court. The policy requires limiting Social Security and financial account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. [For criminal cases, also limit home addresses to city and state.] However, if such information is elicited during testimony or other court proceedings, it will become available to the public when the official transcript is filed at the courthouse unless, and until, it is redacted. The better practice is for you to avoid introducing this information into the record in the first place. Please take this into account when questioning witnesses or making other statements in Court. If a restricted item is mentioned in Court, you may ask to have it stricken from the record or partially redacted to conform to the privacy policy, or the Court may do so on its own motion.