UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                          Case No. 3:12-CR-22
                                            District Judge Thomas M. Rose

CLAUDE HUFF,

    Defendant.

## ORDER GRANTING ORAL MOTION TO CONTINUE

Upon Defendant's Oral Motion to Continue made in open Court on July 23, 2012, without objections from the Government, the Court finds that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendant's to a speedy trial.

IT IS HEREBY ORDERED that the Oral Motion to Continue is **GRANTED**. A Telephone Status Conference is set for **Monday, August 13, 2012 at 9:30 a.m.** The Jury Trial for this matter has been reset for **Tuesday, September 4, 2012 at 9:00 a.m.** A Change of Plea Hearing date will be set upon further order of the Court. The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

IT IS SO ORDERED.

Date: July 23, 2012

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT